UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY FORTUNE                                CIVIL ACTION

VERSUS                                       NO. 10-4510

BURL CAIN, WARDEN                            SECTION: "C" (5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation fo the Magistrate Judge and adopts it as its own opinion in this matter; Accordingly,

IT IS ORDERED that the petition of Larry Fortune for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 5 day of March 2012.

_____
UNITED STATES DISTRICT JUDGE